IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

VICTORIA TURMAN AND
TOMMY TURMAN                                                        PLAINTIFFS

V.                                              CIVIL ACTION NO. 3:06CV125-B-A

COLONIAL LIFE & ACCIDENT
INSURANCE COMPANY                                                   DEFENDANT

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND**

**ADJUDGED**

that the plaintiffs' motion for summary judgment is **DENIED**;

that the defendant's motion for summary judgment is **GRANTED**; and

that this case is **DISMISSED with prejudice**.

This, the 7th day of February, 2008.

/s/ Neal Biggers

_____
**NEAL B. BIGGERS, JR.**
**SENIOR U.S. DISTRICT JUDGE**